```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 10501
   THOMAS J COSTELLO
   MARILYN P COSTELLO                          CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6559       SSN XXX-XX-7494

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/28/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

-----------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------

          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED         OTHER            TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00           .00              .00
PRINCIPAL PAID          .00          .00         .00           .00              .00
INTEREST PAID           .00          .00         .00           .00              .00
TOTAL PAID              .00          .00         .00           .00              .00
The Debtor's attorney, SARA J GRAY ESQ              , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 09/11/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 10501 THOMAS J COSTELLO & MARILYN P COSTELLO
```